No. 212. UNITED STATES v. SEABOARD AIR LINE RAILROAD CO. Court of Claims. Certiorari denied. MR.

JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Solicitor General Perlman* for the United States. *Frank J. Wideman* for respondent.